UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LAWRENCE FAUNTLERY,

               Plaintiff,

        -against-

UNITED STATES PAROLE COMMISSION;
UNITED STATES PROBATION OFFICE;
NATIONAL APPEALS BOARD,

               Defendants.
-------------------------------------------------------------------x

               **ORDER AND CIVIL JUDGMENT**
               13-CV-4721 (RRM)

ROSLYNN R. MAUSKOPF, United States District Judge:

On August 19, 2013, plaintiff Lawrence Fauntlery, filed this *pro se* complaint alleging due process violations in connection with a decision of the United States Parole Commission to continue his parole. By order dated September 25, 2013, plaintiff's request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 was granted, and plaintiff was granted thirty (30) days leave to submit an amended complaint. Plaintiff was advised that if he failed to submit an amended complaint within the allowed time, the Court would dismiss the action. More than 30 days have elapsed and plaintiff has failed to respond to the Court's order. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED**: that the complaint is hereby dismissed. *See* 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal from this order and judgment would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is directed to mail a copy of this order to plaintiff and to close this case.

               SO ORDERED.

Dated: Brooklyn, New York
      November 22, 2013

               *Roslynn R. Mauskopf*
               _____
               ROSLYNN R. MAUSKOPF
               United States District Judge